**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



## ORDER

Appellate case name:       The State of Texas v. Keirra Peterson

Appellate case number:    01-19-00137-CR

Trial court case number:   1529626

Trial court:                177th District Court of Harris County

Appellee, Keirra Peterson, through her appointed counsel, Natalie L. Schultz, has filed her fourth motion to extend time to file her brief, seeking a minimum extension of 30 days for a total of 180 days since appellee's brief was originally due on August 14, 2019. Appellee's motion does not comply with the rules because it does not state the number of previous extensions granted. TEX. R. APP. P. 10.5(b)(1)(D). Moreover, this Court previously admonished appellant twice that no further extensions would be granted. Accordingly, the Court **denies** appellee's motion.

We **order** appellee to file her brief **no later than January 31, 2020**. If appellee does not file a brief by January 31, 2020, this case may be submitted without the benefit of appellee's brief.

It is so ORDERED.

Judge's signature:    /s/ Evelyn V. Keyes
                         ☑ Acting individually    ☐ Acting for the Court

Date: January 14, 2020